**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | **CHAPTER 13** |
| **WILLIAM N. MILLER,** | ) | |
| and | ) | **CASE NO: 15-57688-PMB** |
| **SHIRLEY J. MILLER,** | ) | |
| Debtors. | ) | |

**AMENDMENT TO CHAPTER 13 SCHEDULES**

COME NOW, the Debtors herein, and amend their Chapter 13 Schedules as follows:

1.

**SCHEDULE D**: Schedule D is amended to include the following creditors:

Citifinancial Servicing Llc
P.O. Box 6043
Sioux Falls, Sd 57117-6043

Juno Tax Receiables, Llc
1713 H'way 35 Suite 101
Middletown, N.J. 07748

Juno Tax Receiables, Llc
C/o Business Filing, Inc
1201 Peachtree Street, Nw
Atlanta, Ga 30361-3503

Juno Tax Receivables, Llc
C/o Clark Caskey, Llc Agent
17 Executive Park Dr #480
Atlanta, Ga 30329-2222

One Main Financial
5015 Floyd Road
Mableton, Ga 30126-1673

World Finance
80 Powers Ferry Rd
Marietta, GA 30067-7582

2.

**SCHEDULE E**:  Schedule E is amended to include the following creditors:

Fulton County Tax Commissioner
141 Pryor St
Atlanta, Ga 30303-3446

3.

**SCHEDULE F**:  Schedule F is amended to include the following creditors:

(p)internal Revenue Service
Centralized Insolvency Operations
Po Box 7346
Philadelphia Pa 19101-7346

Capital One
P.O. Box 85619
Richmond, Va 23285-5619

Cavalry
P.O. Box 520
Valhalla, Ny, 10595

Cavalry Spv I, Llc
500 Summit Lake Drive
Ste 400
Valhalla, Ny 10595-1340

Citi Financial
2099 Pleasant Hill Rd
Duluth, Ga 30096-4627

Emily Shingler, Esq
Asst. U.S. Attorney
600 Richard Russel Bldg
75 Spring Street
Atlanta, Ga 30303-3315

Enhance Recovery
P.O. Box 1259
Oak, Pa 19456-1259

First Family Financial Servicesga
Ct Corp System 651 Lee Street
1201 Peachtree Street
Atlanta, Ga 30361-6329

Freeman Finance
651 Lee Street
Atlanta, Ga 30310-1937

Freeman Finance
900 Thornton Road
Lithia Springs, Ga 30122-2641

Freeman Finance Company
651 Lee St. Sw
Atlanta, Ga 30310-1937

Freeman Finance Company
900 Thornton Road
Suite E
Lithia Springs, Ga 30122-2641

Fulton County Tax Commissioner
141 Pryor St
Atlanta, Ga 30303-3446

Georgia Department Of Rev
C/o Commissioner Mac Ginnitie
1800 Century Center Blvd
Atlanta, Ga 30345

Georgia Department Of Revenue
Bankruptcy Unit
P.O. Box 161108
Atlanta, Ga  30321

Internal Revenue Service
Box 7346
Philadelphia, Pa  19101-7346

Internal Revenue Service
Atlanta, Ga 39901

K&s Inc
C/o Sonia B. Watson Reg Agent
114 Carpenter Drive
Midway, Ga 31320-7315


Leading Edge Recovery
5440 N. Cumberland Ave
Suite 300
Chicago, Il 60656-1486


Marvin J. Harkin, Esq
Office Of Fulton County Attorney
141 Pryor Street, Suite 4038
Atlanta, Ga 30303-3468


Midland Funding,
Assignee 1st North Amean Ba
C/o Corpration Service Co
40 Technology Parkway #300
Norcross, Ga 30092-2924


Portfolio Recovery Associates Llc
5015 Floyd Road Po Box 41067
Norfolk Va 23541-1067


Portfolio Recovery Associates Llc
Pob 41067
Norfolk Va 23541


Premier Bankcard, Llc
C O Jefferson Capital Systems Llc
Po Box 7999
Saint Cloud Mn 56302-7999


Professional Service Bureau
11110 Industrial Circle Nw, Ste B
Po Box 331
Elk River, Mn 55330


Recovery Management Systems Corp
25 S.E. 2nd Avenue, Suite 1120
Miami, Fl 33131-1605

Synchrony Bank
C/o Recovery Management Systems
25 Se 2nd Avenue
Suite 1120
Miami, Fl 33131-1605

U. S. Attorney
600 Richard B. Russell Bldg
75 Spring Street, Sw
Atlanta Ga 30303-3315

Velocity Investments, Llc
C/o Corprational Service Co
40 Technology Parkway #300
Norcross, Ga 30092-2924

World Finance Corporation
80 Powers Ferry Road
Suite A-08
Marietta, Ga 30067-7582

Attached as an addendum hereto and made a part of this amendment are the amended

Schedules D, F, and Summary of Schedules.

**WHEREFORE**, Debtors pray that this amendment be accepted and their Chapter 13

plan be confirmed and administered as amended herein.

This the 1st day of October, 2015          By:

____/S/_____
Michael R. Rethinger
Georgia Bar Number 301215
Attorney for Debtors

241 Mitchell Street, SW
Atlanta, GA 30303
770-922-0066

B6D (Official Form 6D) (12/07)

In re  **William N. Miller & Shirley J. Miller**          ,          Case No **15-57688-PMB**
_____
_Debtor_          _(If known)_

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See Instructions Above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**CitiFinancial Servicing LLC**<br>**P.O. Box 6043**<br>**Sioux Falls, SD 57117-6043** | | | **Lien: Mortgage**<br>**Security: 2995 Dodson Drive,**<br>**East Point, Georgia**<br><br>VALUE $          44,000 | | | | 87,016 | 43,016 |
| ACCOUNT NO.<br><br>**Juno Tax Receiables, LLC**<br>**1713 H'way 35 Suite 101**<br>**Middletown, N.J. 07748** | | | **Lien: Property Taxes**<br>**Security: 2995 Dodson Drive**<br><br>VALUE $          44,000 | | | | **Notice Only** | **Notice Only** |
| ACCOUNT NO.<br><br>**Juno Tax Receiables, LLC**<br>**c/o Business Filing, Inc**<br>**1201 Peachtree Street, NW**<br>**Atlanta, GA 30361-3503** | | | **VALUE $          0** | | | | **Notice Only** | **Notice Only** |

_1_   continuation sheets attached

Subtotal ▷
(Total of this page)   $          87,016   $          43,016

Total ▷
(Use only on last page)   $          $

(Report also on          (If applicable, report
Summary of Schedules)  also on Statistical
Summary of Certain
Liabilities and Related
Data.)

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.1.5-897 - Thursday, October 01, 2015, at 15:02:34 - 33078-301X-***** - PDF-XChange 4.0

B6D (Official Form 6D) (12/07) – Cont.

In re    William N. Miller & Shirley J. Miller          ,          Case No.    15-57688-PMB
                              Debtor                                                        (If known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**Juno Tax Receivables, LLC**<br>**c/o Clark Caskey, LLC Agent**<br>**17 Executive Park Dr #480**<br>**Atlanta, GA 30329-2222** | | | **Lien: Property Taxes**<br>**Security: 2995 Dodson Drive,**<br>**East Point, Georgia**<br><br>VALUE $            44,000 | | | | 6,840 | 0 |
| ACCOUNT NO.<br><br>**One Main Financial**<br>**5015 Floyd Road**<br>**Mableton, GA 30126-1673** | | | **Lien: NPMSI**<br>**Security: 2004 GMC Envoy**<br><br><br>VALUE $            4,200 | | | | 8,604 | 4,404 |
| ACCOUNT NO.<br><br>**World Finance**<br>**80 Powers Ferry Rd**<br>**Marietta, GA 30067-7582** | | | **Lien: NPMSI**<br>**Security: 2005 Ford Taurus**<br><br><br>VALUE $            2,195 | | | | 16,855 | 14,660 |
| ACCOUNT NO.<br><br><br><br> | | | <br><br><br>VALUE $ | | | | | |
| ACCOUNT NO.<br><br><br><br> | | | <br><br><br>VALUE $ | | | | | |

Sheet no. __1__ of __1__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

|  | Subtotal (s) (Total(s) of this page) | $ 32,299 | $ 19,064 |
|---|---|---|---|
|  | Total(s) (Use only on last page) | $ 119,315 | $ 62,080 |

(Report also on Summary of Schedules)

(If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

B6E (Official Form 6E) (04/13)

In re____William N. Miller & Shirley J. Miller_____,    Case No.____15-57688-PMB_____
                    Debtor                                                                    (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed.R.Bankr.P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether husband, wife, both of them or the marital community may be liable on each claim by placing an "H,""W,""J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

## TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐    **Domestic Support Obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐    **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐    **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐    **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

*Amount subject to adjustment on 4/01/16 and every three years thereafter with respect to cases commenced on or after the date of adjustment.

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.1.5-897 - Thursday, October 01, 2015, at 15:02:35 - 33078-301X-****** - PDF-XChange 4.0

**B6E (Official Form 6E) (04/13) - Cont.**

In re___William N. Miller & Shirley J. Miller_____,      Case No.___15-57688-PMB_____
                Debtor                                                (if known)

☐   **Certain farmers and fishermen**

    Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐   **Deposits by individuals**

    Claims of individuals up to $2,775* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided.  11 U.S.C. § 507(a)(7).

☑   **Taxes and Certain Other Debts Owed to Governmental Units**

    Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐   **Commitments to Maintain the Capital of an Insured Depository Institution**

    Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution.  11 U.S.C. § 507 (a)(9).

☐   **Claims for Death or Personal Injury While Debtor Was Intoxicated**

    Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

    * Amounts are subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.1.5-897 - Thursday, October 01, 2015, at 15:02:35 - 33078-301X-***** - PDF-XChange 4.0

_____**1**_____ **continuation sheets attached**

B6E (Official Form 6E) (04/13) - Cont.

In re **William N. Miller & Shirley J. Miller**_____,    Case No.**15-57688-PMB**_____

_____Debtor_____    _____(If known)_____

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)    Sec. 507(a)(8)

**Type of Priority for Claims Listed on This Sheet**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above..)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>FULTON COUNTY TAX COMMISSIONER<br>141 PRYOR ST<br>ATLANTA, GA 30303-3446 | | | **Consideration:**<br>**Property Taxes** | | | | **Notice Only** | **Notice Only** | **Notice Only** |
| ACCOUNT NO. | | | | | | | | | |
| ACCOUNT NO. | | | | | | | | | |
| ACCOUNT NO. | | | | | | | | | |

Sheet no. __1__ of __1__ continuation sheets attached to Schedule of Creditors Holding Priority Claims

| | | |
|---|---|---|
| Subtotal ⟫<br>(Totals of this page) | $            0 | $            0 | $            0 |
| Total ⟫<br>(Use only on last page of the completed Schedule E.) Report also on the Summary of Schedules) | $            0 | | |
| Totals ⟫<br>(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | | $            0 | $            0 |

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.1.5-897 - Thursday, October 01, 2015, at 15:02:35 - 33078-301X-***** - PDF-XChange 4.0

**B6F (Official Form 6F) (12/07)**

In re    William N. Miller & Shirley J. Miller    ,          Case No.    15-57688-PMB
_____                       _____
            Debtor                                                (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**(p)INTERNAL REVENUE SERVICE CENTRALIZED INSOLVENCY OPERATIONS PO BOX 7346 PHILADELPHIA PA 19101-7346** | | | | | | | **Notice Only** |
| ACCOUNT NO.<br><br>**Capital One P.O. Box 85619 Richmond, VA 23285-5619** | | | | | | | **Notice Only** |
| ACCOUNT NO.<br><br>**Cavalry P.O. Box 520 Valhalla, NY, 10595** | | | | | | | **Notice Only** |
| ACCOUNT NO.<br><br>**Cavalry SPV I, LLC 500 Summit Lake Drive Ste 400 Valhalla, NY 10595-1340** | | | | | | | **Notice Only** |

____5____ continuation sheets attached

Subtotal ▷   $               0

Total ▷   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re __William N. Miller & Shirley J. Miller_____,          Case No. __15-57688-PMB_____
                          **Debtor**                                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br>**Citi Financial**<br>**2099 Pleasant Hill Rd**<br>**Duluth, GA 30096-4627** | | | | | | | **Notice Only** |
| ACCOUNT NO. <br><br>**Emily Shingler, Esq**<br>**Asst. U.S. Attorney**<br>**600 Richard Russel Bldg**<br>**75 Spring Street**<br>**Atlanta, GA 30303-3315** | | | | | | | **Notice Only** |
| ACCOUNT NO. <br><br>**Enhance Recovery**<br>**P.O. Box 1259**<br>**Oak, PA 19456-1259** | | | | | | | **Notice Only** |
| ACCOUNT NO. <br><br>**First Family Financial ServicesGA**<br>**CT Corp System 651 Lee Street**<br>**1201 Peachtree Street**<br>**Atlanta, GA 30361-6329** | | | | | | | **Notice Only** |
| ACCOUNT NO. <br><br>**Freeman Finance**<br>**651 Lee Street**<br>**Atlanta, GA 30310-1937** | | | | | | | **Notice Only** |

Sheet no. __1__ of __5__ continuation sheets attached          Subtotal▷  $                  **0**
to Schedule of Creditors Holding Unsecured
Nonpriority Claims                                            Total▷  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.1-897 - Thursday, October 01, 2015, at 15:02:35 - 33078-301X-*****- PDF-XChange 4.0

B6F (Official Form 6F) (12/07) - Cont.

In re __William N. Miller & Shirley J. Miller_____,       Case No. __15-57688-PMB_____
　　　　　　　　　Debtor　　　　　　　　　　　　　　　　　　　　　　　(If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**Freeman Finance**<br>**900 Thornton Road**<br>**Lithia Springs, GA 30122-2641** | | | | | | | **Notice Only** |
| ACCOUNT NO.<br><br>**Freeman Finance Company**<br>**651 Lee St. Sw**<br>**Atlanta, GA 30310-1937** | | | | | | | **Notice Only** |
| ACCOUNT NO.<br><br>**Freeman Finance Company**<br>**900 Thornton Road**<br>**Suite E**<br>**Lithia Springs, GA 30122-2641** | | | | | | | **Notice Only** |
| ACCOUNT NO.<br><br>**Georgia Department of Rev**<br>**c/o Commissioner Mac Ginnitie**<br>**1800 Century Center Blvd**<br>**Atlanta, GA 30345** | | | | | | | **Notice Only** |
| ACCOUNT NO.<br><br>**Georgia Department of Revenue**<br>**Bankruptcy Unit**<br>**P.O. Box 161108**<br>**Atlanta, GA  30321** | | | | | | | **Notice Only** |

Sheet no. __2__ of __5__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▷　$　　　　　　0

Total▷　$

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.1-S-897 - Thursday, October 01, 2015, at 15:02:35 - 33078-301X-*****- PDF-XChange 4.0

B6F (Official Form 6F) (12/07) - Cont.

In re __William N. Miller & Shirley J. Miller_____ ,        Case No. __15-57688-PMB_____
           **Debtor**                                                      **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**Internal Revenue Service**<br>**Box 7346**<br>**Philadelphia, PA 19101-7346** | | | **Consideration: Federal income taxes** | | | | **Notice Only** |
| ACCOUNT NO.<br><br>**Internal Revenue Service**<br>**Atlanta, GA 39901** | | | | | | | **Notice Only** |
| ACCOUNT NO.<br><br>**K&S Inc**<br>**c/o Sonia B. Watson Reg Agent**<br>**114 Carpenter Drive**<br>**Midway, GA 31320-7315** | | | | | | | **Notice Only** |
| ACCOUNT NO.<br><br>**Leading Edge Recovery**<br>**5440 N. Cumberland Ave**<br>**Suite 300**<br>**Chicago, IL 60656-1486** | | | | | | | **Notice Only** |
| ACCOUNT NO.<br><br>**Marvin J. Harkin, Esq**<br>**Office of Fulton County Attorney**<br>**141 Pryor Street, Suite 4038**<br>**Atlanta, GA 30303-3468** | | | | | | | **Notice Only** |

Sheet no. __3__ of __5__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▷    $                          **0**

Total ▷    $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.1.5-897 - Thursday, October 01, 2015, at 15:02:35 - 33078-301X-***** - PDF-XChange 4.0

B6F (Official Form 6F) (12/07) - Cont.

In re **William N. Miller & Shirley J. Miller**_____,   Case No. **15-57688-PMB**_____
_____Debtor_____                          _____(If known)_____

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.1-897 - Thursday, October 01, 2015, at 15:02:35 - 33078-301X-***** - PDF-XChange 4.0

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Midland Funding,<br>Assignee 1st North Amean Ba<br>c/o Corpration Service Co<br>40 Technology Parkway #300<br>Norcross, GA 30092-2924** | | | | | | | **Notice Only** |
| ACCOUNT NO.<br>**PORTFOLIO RECOVERY<br>ASSOCIATES LLC<br>5015 Floyd Road PO BOX 41067<br>NORFOLK VA 23541-1067** | | | | | | | **Notice Only** |
| ACCOUNT NO.<br>**Portfolio Recovery Associates LLC<br>POB 41067<br>Norfolk VA 23541** | | | | | | | **Notice Only** |
| ACCOUNT NO.<br>**Premier Bankcard, Llc<br>c o Jefferson Capital Systems LLC<br>Po Box 7999<br>Saint Cloud Mn 56302-7999** | | | | | | | **Notice Only** |
| ACCOUNT NO.  **4271**<br>**Professional Service Bureau<br>11110 Industrial Circle NW, Ste B<br>PO Box 331<br>Elk River, MN 55330** | | | **Consideration: Disputed Collection Account** | | | X | **0** |

Sheet no. **4** of **5** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▷   $   **0**

Total ▷   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **William N. Miller & Shirley J. Miller**_____ ,        Case No.   **15-57688-PMB**_____

                 Debtor                                                 (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> **Recovery Management Systems Corp** <br> **25 S.E. 2nd Avenue, Suite 1120** <br> **Miami, FL 33131-1605** | | | | | | | **Notice Only** |
| ACCOUNT NO. <br><br> **Synchrony Bank** <br> **c/o Recovery Management Systems** <br> **25 SE 2nd Avenue** <br> **Suite 1120** <br> **Miami, FL 33131-1605** | | | | | | | **Notice Only** |
| ACCOUNT NO. <br><br> **U. S. Attorney** <br> **600 Richard B. Russell Bldg** <br> **75 Spring Street, SW** <br> **Atlanta GA 30303-3315** | | | | | | | **Notice Only** |
| ACCOUNT NO. <br><br> **Velocity Investments, LLC** <br> **c/o Corprational Service Co** <br> **40 Technology Parkway #300** <br> **Norcross, GA 30092-2924** | | | | | | | **Notice Only** |
| ACCOUNT NO. <br><br> **World Finance Corporation** <br> **80 Powers Ferry Road** <br> **Suite A-08** <br> **Marietta, GA 30067-7582** | | | | | | | **Notice Only** |

Sheet no. __5__ of __5__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▷ | $ | 0
Total▷ | $ | 0

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.1.5-897 - Thursday, October 01, 2015, at 15:02:35 - 33078-301X-*****- PDF-XChange 4.0

B6 Summary (Official Form 6 - Summary) (12/14)

# United States Bankruptcy Court

## Northern District of Georgia - Atlanta Division

In re    **William N. Miller & Shirley J. Miller**

_____

Debtor

Case No.    **15-57688-PMB**

Chapter    **13**

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

**AMOUNTS SCHEDULED**

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A – Real Property | NO | 0 | $          0 | | |
| B – Personal Property | NO | 0 | $          0 | | |
| C – Property Claimed as exempt | NO | 0 | | | |
| D – Creditors Holding Secured Claims | YES | 2 | | $     119,315 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | YES | 3 | | $          0 | |
| F - Creditors Holding Unsecured Nonpriority Claims | YES | 6 | | $          0 | |
| G - Executory Contracts and Unexpired Leases | NO | 0 | | | |
| H - Codebtors | NO | 0 | | | |
| I - Current Income of Individual Debtor(s) | NO | 0 | | | $     4,310 |
| J - Current Expenditures of Individual Debtors(s) | NO | 0 | | | $          0 |
| **TOTAL** | | **11** | $          0 | $     119,315 | |

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.1.5-897 - Thursday, October 01, 2015, at 15:02:35 - 33078-301X-*****- PDF-XChange 4.0

# United States Bankruptcy Court

## Northern District of Georgia - Atlanta Division

In re   **William N. Miller & Shirley J. Miller**   Case No.   **15-57688-PMB**

Debtor

Chapter   **13**

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. §101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐   Check this box if you are an individual debtor whose debts are NOT primarily consumer debts.  You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $ 0 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $ 0 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $ 0 |
| Student Loan Obligations (from Schedule F) | $ 0 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $ 0 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $ 0 |
| TOTAL | $ 0 |

**State the Following:**

| | |
|---|---|
| Average Income  (from Schedule I, Line 12) | $ 4,310 |
| Average Expenses (from Schedule J, Line 22) | $ 0 |
| Current Monthly Income (from Form 22A-1 Line 11; **OR**, Form 22B Line 14; **OR**, Form 22C-1 Line 14 ) | $ 0 |

**State the Following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $ 62,080 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $ 0 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $ 0 |
| 4. Total from Schedule F | | $ 0 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $ 62,080 |

B6 (Official Form 6 - Declaration) (12/07)

**William N. Miller & Shirley J. Miller**

In re _____     Case No.  **15-57688-PMB**
                              Debtor                                                    (If known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

      I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ____**13**____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date __**10/1/2015**_____          Signature:  __**/s/ William N. Miller**_____
                                                                                              Debtor

Date __**10/1/2015**_____          Signature:  __**/s/ Shirley J. Miller**_____
                                                                                              (Joint Debtor, if any)

                                                                         [If joint case, both spouses must sign.]
-----------------------------------------------------------------------------------------------------------------------------

**DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)**

      I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110 setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____            _____
Printed or Typed Name and Title, if any,                             Social Security No.
of Bankruptcy Petition Preparer                                           *(Required by 11 U.S.C. § 110.)*

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs this document.*

_____
_____
_____
Address

X _____            _____
    Signature of Bankruptcy Petition Preparer                                        Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*
-----------------------------------------------------------------------------------------------------------------------------

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

      I, the _____ [the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership ] of the _____ [corporation or partnership] named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets *(total shown on summary page plus 1),* and that they are true and correct to the best of my knowledge, information, and belief.

Date _____          Signature: _____

                                                                         _____
                                                                         [Print or type name of individual signing on behalf of debtor.]
-----------------------------------------------------------------------------------------------------------------------------
*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

## CERTIFICATE OF SERVICE

This is to certify that I have this day served all parties in the foregoing matter with a copy of the foregoing Debtors' Amendment to Chapter 13 Schedules, by depositing in the United States Mail, a copy of same upon:

(p)internal Revenue Service
Centralized Insolvency Operations
Po Box 7346
Philadelphia Pa 19101-7346

Capital One
P.O. Box 85619
Richmond, Va 23285-5619

Cavalry
P.O. Box 520
Valhalla, Ny, 10595

Cavalry Spv I, Llc
500 Summit Lake Drive
Ste 400
Valhalla, Ny 10595-1340

Citi Financial
2099 Pleasant Hill Rd
Duluth, Ga 30096-4627

Citifinancial Servicing Llc
P.O. Box 6043
Sioux Falls, Sd 57117-6043

Emily Shingler, Esq
Asst. U.S. Attorney
600 Richard Russel Bldg
75 Spring Street
Atlanta, Ga 30303-3315

Enhance Recovery
P.O. Box 1259
Oak, Pa 19456-1259

First Family Financial Servicesga
Ct Corp System 651 Lee Street
1201 Peachtree Street
Atlanta, Ga 30361-6329

Freeman Finance
651 Lee Street
Atlanta, Ga 30310-1937

Freeman Finance
900 Thornton Road
Lithia Springs, Ga 30122-2641

Freeman Finance Company
651 Lee St. Sw
Atlanta, Ga 30310-1937

Freeman Finance Company
900 Thornton Road
Suite E
Lithia Springs, Ga 30122-2641

Fulton County Tax Commissioner
141 Pryor St
Atlanta, Ga 30303-3446

Georgia Department Of Rev
C/o Commissioner Mac Ginnitie
1800 Century Center Blvd
Atlanta, Ga 30345

Georgia Department Of Revenue
Bankruptcy Unit
P.O. Box 161108
Atlanta, Ga  30321

Internal Revenue Service
Box 7346
Philadelphia, Pa  19101-7346

Internal Revenue Service
Atlanta, Ga 39901

Juno Tax Receiables, Llc
1713 H'way 35 Suite 101
Middletown, N.J. 07748

Juno Tax Receiables, Llc
C/o Business Filing, Inc
1201 Peachtree Street, Nw
Atlanta, Ga 30361-3503

Juno Tax Receivables, Llc
C/o Clark Caskey, Llc Agent
17 Executive Park Dr #480
Atlanta, Ga 30329-2222

K&s Inc
C/o Sonia B. Watson Reg Agent
114 Carpenter Drive
Midway, Ga 31320-7315

Leading Edge Recovery
5440 N. Cumberland Ave
Suite 300
Chicago, Il 60656-1486

Marvin J. Harkin, Esq
Office Of Fulton County Attorney
141 Pryor Street, Suite 4038
Atlanta, Ga 30303-3468

Midland Funding,
Assignee 1st North Amean Ba
C/o Corpration Service Co
40 Technology Parkway #300
Norcross, Ga 30092-2924

One Main Financial
5015 Floyd Road
Mableton, Ga 30126-1673

Portfolio Recovery Associates Llc
5015 Floyd Road Po Box 41067
Norfolk Va 23541-1067

Portfolio Recovery Associates Llc
Pob 41067
Norfolk Va 23541

Premier Bankcard, Llc
C O Jefferson Capital Systems Llc
Po Box 7999
Saint Cloud Mn 56302-7999

Professional Service Bureau
11110 Industrial Circle Nw, Ste B
Po Box 331
Elk River, Mn 55330

Recovery Management Systems Corp
25 S.E. 2nd Avenue, Suite 1120
Miami, Fl 33131-1605

Synchrony Bank
C/o Recovery Management Systems
25 Se 2nd Avenue
Suite 1120
Miami, Fl 33131-1605

U. S. Attorney
600 Richard B. Russell Bldg
75 Spring Street, Sw
Atlanta Ga 30303-3315

Velocity Investments, Llc
C/o Corprational Service Co
40 Technology Parkway #300
Norcross, Ga 30092-2924

World Finance
80 Powers Ferry Rd
Marietta, Ga 30067-7582

World Finance Corporation
80 Powers Ferry Road
Suite A-08
Marietta, Ga 30067-7582

This is to certify that I have this day served a copy of the ***Debtors' Amendment to Chapter 13 Schedules*** on the following, by agreement of the parties, Adam M. Goodman, Standing Chapter 13 Trustee, was served via the ECF electronic mail/noticing system.

This the 1st day of October, 2015          By:

_____/s/_____
Michael R. Rethinger